2:16-cv-4164   JFB-AKT

# United States District Court

for the

# Eastern District of New York

MICHAEL W. MCDEVITT,

*Plaintiff*

—v—

SUFFOLK COUNTY, SUFFOLK COUNTY POLICE DEPARTMENT,
SUFFOLK COUNTY POLICE OFFICER GLENN TARQUINIO, in his individual and official capacity,
SUFFOLK COUNTY POLICE OFFICER ALEJANDRO SANCHEZ, in his individual and official capacity, and
SUFFOLK COUNTY POLICE OFFICERS "JOHN DOE AND JANE DOE" ## 1–10 in their individual and official capacities,

*Defendants*

## DEMAND FOR IDENTIFICATION AND PRODUCTION OF RULE 30(b)(6) WITNESS NOTICE TO TAKE ORAL DEPOSITION

CORY H. MORRIS (CM 5225)
*Counsel of Record for Plaintiff*
33 Walt Whitman Rd, suite 310
Dix Hills, New York 11746
Phone: (631) 450–2515
Email: cory.h.morris@protonmail.com
VICTOR JOHN YANNACONE, JR. (VY6405)
*of counsel*
Email: barrister@yannalaw.com

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 30(b)(6), Plaintiff will take the deposition upon oral examination under oath of the designated representative(s) of the Suffolk County Police Department. The deposition will be taken before a notary public or other person authorized by law to administer oaths, will be stenographically recorded and videotaped, will take place at a time and place agreed upon by Counsel and shall continue from day to day until completed. Such deposition will be taken for the purposes of discovery, for use as evidence at a trial, and for any other permissible purpose under the Federal Rules of Civil Procedure and Federal Rules of Evidence.

Purusant to Rule 30(b)(6), the Suffolk County Police Department is requested to identify and make available for deposition those officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to matters known or reasonably available to it with respect to the following matters:

1. the policies, practices, and procedures which must be followed by the Suffolk County Police Department with respect to the investigation of civilian complaints against police officers pre-2014 and post-2014;

2. the policies, practices, and procedures of the Suffolk County Police Department with respect to the results of those pre-2014 and post-2014 investigations;

3. the statistics, charts, graphs, spreadsheets and/or other data collection/data visualization of the number of civilian complaints filed against police officers pre-2014 and post-2014;

4. the statistics, charts, graphs, spreadsheets and/or other data collection/data visualization with respect to the disposition of the civilian complaints against individual police officers pre-2014 and post-2014;

5. all civilian complaints filed against the named police officers in this matter;

6. the disposition of those complaints filed against the named police officers in this matter;

7. all materials produced and/or used with reference to the investigation of all civilian complaints against the above named police officers;

8. the names, addresses, and contact information of any investigator who investigated civilian complaints against the above named police officers;

9. the reasons civilian complaints were filed against the above named police officers;

10. all procedures and/or rules that Suffolk County Police Department must follow regarding the reporting and investigation of civilian complaints against Suffolk County Police Officers;

11. the procedures and/or rules Suffolk County Police Department must follow for notifying a police officer named in a civilian complaint;

12. the rules and procedures which must be followed concerning the investigation of civilian complaints;

13. all changes of the rules and procedures governing an investigation of a civilian complaint;

14. the reasons for or why a rule or procedure governing the investigation of a civilian complaint was changed;

15. the process by which the Suffolk County Police Department amends its rules and procedures that must be followed regarding the investigation and reporting of civilian complaints;

16. the rules and procedures for maintaining and storing materials created and/or received during an investigation of a civilian complaint against police officers;

17. the procedures, rules, and/or actions the Suffolk County Police Department has taken to reduce the number of civilian complaints filed;

18. the procedures and/or rules established by Suffolk County Police Department for punishing and/or reprimanding police officers who have civilian complaints filed against them;

19. the steps taken by Suffolk County Police Department to reprimand and/or correct the behavior of the above named police officers regarding any and all civilian complaints filed against them;

20. the policies, rules, and/or procedures followed by the Suffolk County Police Department to correct officer behavior that gives rise to civilian complaints;

21. the policies, rules, and/or procedures which the Suffolk County Police Department must enforce to properly investigate civilian complaints against its police officers;

22. The employees, officers, and/or agents within the Suffolk County Police Department responsible for conducting investigations of civilian complaints against police officers; and

23. investigation records, materials, documents, memorandums, and/or other documentation resulting from the investigation of the civilian complaints filed relating to this matter.

DATED AT   Dix Hills, New York
           18 September 2018

CORY H. MORRIS (CM 5225)
THE LAW OFFICES OF CORY H. MORRIS
*Attorney for the Plaintiff*
Office & P.O. Address
33 Walt Whitman Rd, *suite* 310
Dix Hills, New York 11746
Phone: (631) 450–2515
FAX: (631) 223–7377

email   cory.h.morris@protonmail.com

VICTOR JOHN YANNACONE, JR. (VY6405)
*of counsel*
Phone: (631) 475–0231

                                                        Email   barrister@yannalaw.com

TO: Elaine M. Barraga, Esq., *of counsel*  
     Dennis M. Brown, Esq.  
     *Suffolk County Attorney*  
     *Attorneys for the Defendants*  
     Post Office Box 6100  
     100 Veterans Memorial Highway  
     Hauppauge, New York 11788  
     Phone: (631) 853–4055  
      FAX:  (631) 853–8341