UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL W. MCDEVITT,

                Plaintiff,                **VERDICT SHEET**
                                                                   CV 16-4164 (GRB)(ST)

    -against-

SUFFOLK COUNTY, SUFFOLK COUNTY POLICE
DEPARTMENT, SUFFOLK COUNTY POLICE
OFFICER GLENN TARQUINIO, in his individual
and official capacities, SUFFOLK COUNTY POLICE
OFFICER ALEJANDRO SANCHEZ, in his individual
and official capacities, SUFFOLK COUNTY POLICE
OFFICERS "JOHN AND JANE DOES # 1-10," in
their individual and official capacities,

                Defendants.
------------------------------------------------------------------X

**GARY R. BROWN, United States Judge:**

       According to the principles of law as instructed by the Court and the facts as you find them, please answer the following questions.

<u>COUNT 1: FALSE ARREST AGAINST DEFENDANT TARQUINO</u>

Please **CIRCLE YES OR NO**



**Question 1**: Did the Defendant Tarquino show, by preponderance of the evidence, that he had probable cause to arrest Plaintiff for any crime?

— YES → **Question 2**: Did the Plaintiff show, by preponderance of the evidence, that Defendant Tarquino's false arrest proximately caused injuries to the Plaintiff?

— NO → Conclusion: You have found that Defendant Tarquino is not liable for the false arrest claim.

Question 2 — NO → Conclusion: You have found that Defendant Tarquino is not liable for the false arrest claim.

Question 2 — YES → Conclusion: You have found that Defendant Tarquino is liable for the false arrest claim. Please proceed to Question 3 (Count 2).

COUNT 2: EXCESSIVE FORCE AGAINST DEFENDANTS TARQUINO AND SANCHEZ

Please **CIRCLE YES OR NO**





COUNT 3: MALICIOUS PROSECUTION AGAINST DEFENDANT TARQUINO

