Docket No.: **2:16-cv-04164–GRB–ST**

# United States District Court
## Eastern District of New York

MICHAEL W. MCDEVITT,

*Plaintiff,*

–*against*–

SUFFOLK COUNTY,
SUFFOLK COUNTY POLICE
DEPARTMENT, *et al.*,

*Defendants*

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST FOR TRIAL ON *MONELL* CLAIMS

Cory H. Morris, Esq.
THE LAW OFFICES OF CORY H. MORRIS
*Attorney for Plaintiff*
135 Pinelawn Road, Suite 250s
Melville NY 11747
Phone: (631) 450–2515
FAX: (631) 223–7377
Email:info@coryhmorris.com

Victor John Yannacone, jr, Esq., *of counsel*
Email: vyannacone@yannalaw.com

# PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST FOR TRIAL ON *MONELL* CLAIMS

The following additional Exhibits are listed pursuant to that paragraph designated "4" Of the Show Cause Order of this Honorable Court on April 20, 2023.

Exhibit 53  Docket in the matter of *USA* v. *Leto*, Case #: 2:15-cr-00591-JMA-1, and the following specific documents from that case

Exhibit 54  Docket in the matter of *USA v. Hickey*, Case #: 2:16-cr-00017-JMA-1

Exhibit 55  Docket in the matter of *USA* v. *Burke*, Case #: 2:15-cr-00627-JMA-1, and the following specific documents from the docket in that case

Exhibit 56  DE 21 Minute Entry for proceedings held before Judge Leonard D. Wexler: Pleading as to James Burke held on 2/26/2016. James Burke (deft # 1) present, in custody, represented by Joseph R. Conway (Retained) and Nancy Lynn Bartling (Retained). United States of America represented by Lara Treinis Gatz, AUSA and John Joseph Durham, AUS. Defendant sworn. Defendant informed of his rights. Defendant withdraws his plea of Not Guilty and enters a plea of GUILTY to count one (1) and two (2) of the two (2) count Indictment. The Court finds that the defendant is acting voluntarily, fully understands his rights and the consequences of his plea, that there is a factual basis for the plea and hereby accepts the defendant's plea of guilty. Defendant and counsel are directed

to report to the US Probation Department for the preparation of the Presentence Investigation Report. Sentence date to be determined. Defendant remanded to the custody of the US Marshal Service. Proceedings concluded. (Entered: 02/26/2016)

Exhibit 57  DE 35 SENTENCING MEMORANDUM by USA as to James Burke (Entered: 10/31/2016)

Exhibit 58  Docket in the matter of *USA* v. *McPartland*, Case #: 2:17-cr-00587 JMA-2, and the following specific documents from the docket in that case

Exhibit 59 DE 1 INDICTMENT as to Christopher McPartland (1) count(s) 1, 2, 3, 4, Thomas J. Spota (2) count(s) 1, 2, 3, 4. (Attachments: # 1 Criminal Information Sheet)  (Entered: 10/25/2017)

Exhibit 60 DE 199 Minute Entry for proceedings held before Judge Joan M. Azrack: CRIMINAL CAUSE FOR JURY TRIAL held on 12/17/2019. Defendant Christopher McPartland present on bail with CJA Counsel Larry Kranz, Lisa Cahill, Bradley Gershel. Defendant Thomas J. Spota present on bail with Counsel Alan Vinegrad, Erin Monju, Sarah LeMaster. AUSA: Nicole Boeckman, Lara Gatz, Justina Geraci, Michael Maffei. Courtroom Deputy: LMP. Jury Trial held on 12/17/2019 at 9:30 AM. Case called. Jury trial resumes. Deliberations continue. Counsel for all sides present. GUILTY VERDICT on counts 1, 2, 3, and 4. … (Entered: 12/17/2019)

Exhibit 61 DE 217 RESPONSE in Opposition re 210 MOTION for New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure and for an Evidentiary Hearing (Attachments: # 1

3

Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Gatz, Lara) (Entered: 04/10/2020)

Exhibit 62 DE 272 SENTENCING MEMORANDUM by USA as to Christopher McPartland, Thomas J. Spota (Entered: 04/16/2021)

Exhibit 63 Plea Allocution for James Burke and other related materials

DATED AT: Melville, NY
April 24, 2023

s/ Cory H. Morris. /s
THE LAW OFFICES OF CORY H. MORRIS
*Attorney for the Plaintiff*
Office & P.O. Address
135 Pinelawn Rd, *suite* 250s Melville, New York 11747
Phone: (631) 450–2515
FAX: (631) 223–7377
emailCory.H.Morris@protonmail.com
Victor John Yannacone, jr., *of counsel*
Phone: (516) 551–0764
Emailbarrister@yannalaw.com