UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL W. MCDEVITT,

                         Plaintiff,

      -against-

SUFFOLK COUNTY, SUFFOLK COUNTY POLICE
DEPARTMENT, SUFFOLK COUNTY POLICE
OFFICER GLENN TARQUINIO, in his individual
and official capacities, SUFFOLK COUNTY POLICE
OFFICER ALEJANDRO SANCHEZ, in his individual
and official capacities, SUFFOLK COUNTY POLICE
OFFICERS "JOHN AND JANE DOES # 1-10," in
their individual and official capacities,

                         Defendants.

-------------------------------------------------------------------X

**FINAL**
**VERDICT SHEET**
CV 16-4164 (GRB)(ST)

    According to the principles of law as instructed by the Court and the facts as you find

them, please answer the following questions.

<u>COUNT 1: FALSE ARREST</u>
<u>AGAINST DEFENDANT TARQUINIO</u>

Please **CIRCLE YES OR NO**:



**Question 1**: Did the Defendant Tarquinio show, by preponderance of the evidence, that he had probable cause to arrest Plaintiff for obstructing governmental administration?

NO →

**Question 2**: Did the Plaintiff show, by preponderance of the evidence, that Defendant Tarquinio's false arrest proximately caused injuries to the Plaintiff?

YES

NO

YES

Conclusion: You have found that Defendant Tarquinio is not liable for the false arrest claim. Please proceed to Count 2.

Conclusion: You have found that Defendant Tarquinio is liable for the false arrest claim. Please proceed to Count 2.

COURT EXHIBIT
4:35 pm
10   4/24/23

COUNT 2: EXCESSIVE FORCE AGAINST
DEFENDANTS TARQUINIO AND SANCHEZ

Please **CIRCLE YES OR NO**:



**Question 3**: Did the Plaintiff show, by preponderance of the evidence, that Defendant Tarquinio used excessive force against him?

YES

**Question 4**:  Did the Plaintiff show, by preponderance of the evidence, that Defendant Tarquinio's excessive force proximately caused injuries to the Plaintiff?

NO

NO

YES

Conclusion:  You have found that Defendant Tarquinio is not liable for the excessive force claim.  Please proceed to Question 5.

Conclusion: You have found that Defendant Tarquinio is liable for the excessive force claim.  Please proceed to Question 5.

**Question 5**: Did the Plaintiff show, by preponderance of the evidence, that Defendant Sanchez used excessive force against him?

YES

**Question 6**:  Did the Plaintiff show, by preponderance of the evidence, that Defendant Sanchez's excessive force proximately caused injuries to the Plaintiff?

NO

NO

YES

Conclusion:  You have found that Defendant Sanchez is not liable for the excessive force claim.  Please proceed to Count 3.

Conclusion: You have found that Defendant Sanchez is liable for the excessive force claim.  Please proceed to Count 3.

## COUNT 3: MALICIOUS PROSECUTION AGAINST DEFENDANT TARQUINIO

Please **CIRCLE YES OR NO**:

**Question 7**: Did the Plaintiff show, by preponderance of the evidence, that Defendant Tarquinio lacked probable cause to commence or continue criminal proceedings against the Plaintiff for any of the three crimes for which he was charged?

YES → Question 8

NO → Conclusion

**Question 8**: Did the Plaintiff show, by preponderance of the evidence, that Defendant Tarquinio acted maliciously in commencing or continuing a criminal proceeding against the Plaintiff?

NO → Conclusion

YES → Question 9

Conclusion: You have found that Defendant Tarquinio is not liable for the malicious prosecution claim. Please proceed to Damages.

**Question 9**: Did the Plaintiff show, by preponderance of the evidence, that Defendant Tarquinio's malicious prosecution proximately caused injuries to the Plaintiff?

NO → Conclusion (not liable)

YES → Conclusion (liable)

Conclusion: You have found that Defendant Tarquinio is liable for the malicious prosecution claim. Please proceed to Damages.

**[CONTINUE TO NEXT PAGE]**

## DAMAGE CALCULATION

Fill out **ONLY** if you answered "**YES**" to Questions 2, 4, 6, and/or 9.  If you answered "**NO**" to **ALL** of these questions, you have reached your verdict.

I.  COUNT 1 FALSE ARREST AS TO DEFENDANT TARQUINIO
    **A. Compensatory Damages**

      i. What amount do you find is fair and reasonable to compensate Plaintiff for GENERAL damages (e.g., loss of time, humiliation, and mental suffering)?

      $_____

      ii. What amount, if any, do you find that Plaintiff has established as to SPECIAL damages (e.g., physical discomfort or injury to health)?

      $_____

    **B. Punitive Damages**

      i. What amount, if any, do you award Plaintiff in punitive damages as to Defendant TARQUINIO regarding the false arrest claim?

      $_____

II.  COUNT 2 EXCESSIVE FORCE AS TO DEFENDANTS TARQUINIO AND SANCHEZ
    **A. Compensatory Damages**

      i. What amount is fair and reasonable to compensate Plaintiff for the proven damages that Defendant TARQUINIO is liable for the excessive force claim?

      $_____.  If the Plaintiff suffered no injury OR you are unable to compute monetary damages except by engaging in pure speculation and guesswork, please go to Nominal Damages (Section II(B)).

      ii. What amount is fair and reasonable to compensate Plaintiff for the proven damages that Defendant SANCHEZ is liable for the excessive force claim?

      $_____.  If the Plaintiff suffered no injury OR you are

unable to compute monetary damages except by engaging in pure speculation and guesswork, please go to Nominal Damages (Section II(B)).

**B. Nominal Damages**

☐   i.   Please check this box if you determine that Plaintiff is entitled to nominal damages of $1 as to Defendant TARQUINIO'S liability. **DO NOT** check this box if you have awarded compensatory damages as to Defendant 7TARQUINIO'S liability.

☐   ii.   Please check this box if you determine that Plaintiff is entitled to nominal damages of $1 as to Defendant SANCHEZ'S liability. **DO NOT** check this box if you have awarded compensatory damages as to Defendant SANCHEZ'S liability.

**C. Punitive Damages**

    i.   What amount, if any, do you award Plaintiff in punitive damages as to Defendant TARQUINIO? $_____0_____

    ii.   What amount, if any, do you award Plaintiff in punitive damages as to Defendant SANCHEZ? $_____0_____

**III.   COUNT 3 MALICIOUS PROSECUTION AS TO DEFENDANT TARQUINIO**
**A. Compensatory Damages**

    i.   What amount is fair and reasonable to compensate Plaintiff for the proven damages that Defendant TARQUINIO is liable for the malicious prosecution claim? $*150,000 °°/₁₀₀*_. If the Plaintiff suffered no injury OR you are unable to compute monetary damages except by engaging in pure speculation and guesswork, please go to Nominal Damages (Section II(B)).

5

B. Nominal Damages

☐ i.   Please check this box if you determine that Plaintiff is entitled to nominal damages of $1 as to Defendant TARQUINIO'S liability. **DO NOT** check this box if you have awarded compensatory damages as to Defendant TARQUINIO'S liability.

C. Punitive Damages

i.   What amount, if any, do you award Plaintiff in punitive damages as to Defendant TARQUINIO? $ _600,000 ⁰⁰/ₓₓ_

**You have reached a verdict.**

FOREPERSON: Please sign and date the Verdict Sheet, and then advise the Court by note that you have reached a verdict and are ready to announce that verdict in the courtroom.

Dated: Central Islip, New York
        April 24, 2023                          FOREPERSON'S SIGNATURE