UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL W. MCDEVITT,

                Plaintiff,

  -against-

SUFFOLK COUNTY, SUFFOLK COUNTY POLICE
DEPARTMENT, SUFFOLK COUNTY POLICE
OFFICER GLENN TARQUINIO, in his individual
and official capacities, SUFFOLK COUNTY POLICE
OFFICER ALEJANDRO SANCHEZ, in his individual
and official capacities, SUFFOLK COUNTY POLICE
OFFICERS "JOHN AND JANE DOES # 1-10," in
their individual and official capacities,

                Defendants.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 01 2023 ★
LONG ISLAND OFFICE

**VERDICT SHEET**
CV 16-4164 (GRB)(ST)

According to the principles of law as instructed by the Court and the facts as you find them, please answer the following questions.

**[CONTINUE ON TO NEXT PAGE]**

1



**You have reached a verdict.**

FOREPERSON: Please sign and date the Verdict Sheet, and then advise the Court by note that you have reached a verdict and are ready to announce that verdict in the courtroom.

Dated: Central Islip, New York
    May 1, 2023

_____
FOREPERSON'S SIGNATURE