**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**  **DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

September 27, 2023

Hon. Gary R. Brown, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: McDevitt v. County of Suffolk, et al.
       16-cv-4164 (GRB)(ST)

Dear Judge Brown,

As the Court is aware, this Office represents remaining Defendants County of Suffolk and Police Officer Glenn Tarquinio in the above-referenced case. As the Court is also aware, trial of this case commenced on April 17, 2023 with the jury reaching a verdict in the individual liability trial on April 24, 2023 and in the *Monell* trial on May 1, 2023.

Following the verdicts, the Court held judgment in abeyance pending the filing of Defendants' post-trial motions, the deadline for which is currently set for October 3, 2023 with deadlines set for Plaintiff's response and Defendants' reply accordingly. Since initially requesting an extension of the first deadline (August 1, 2023) due to court reporter error in the trial transcript and then a second extension in mid-August, I have had the opportunity to speak at length with Plaintiff's Counsel who will be handling the post-trial motions, Scott Korenbaum, on multiple occasions regarding potential resolution of this matter without further motion practice. Our conversations have been productive and are ongoing. For this reason and given the upcoming schedules of those involved and the time needed to engage in further conversation with persons with authority to resolve the case, Defendants respectfully request, with Mr. Korenbaum's consent, that the post-trial motion briefing schedule in this matter be further extended and amended as follows:

    Deadline for Defendants to serve Plaintiff with their motion: November 6, 2023

    Deadline for Plaintiff to serve Defendants with their opposition: December 1, 2023

    Deadline for Defendants to serve Plaintiff with their reply, if any, and file the fully-briefed motion based on the Court's bundle rule: December 22, 2023

We thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Stacy A. Skorupa*
Stacy A. Skorupa
Assistant County Attorney
Suffolk County Attorney's Office

cc:     Scott A. Korenbaum, Esq.
        Cory H. Morris, Esq.
        Attorneys for Plaintiff
        (via ECF)